# LOCAL BANKRUPTCY FORM NO. 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE

**Creditron Financial Corporation**

Bankruptcy No.  **08-11289**

Chapter  **11**

Debtor

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

❏    Voluntary Petition *Specify reason for amendment:*

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
❏    Summary of Schedules
❏    Schedule A - Real Property
❏    Schedule B - Personal Property
❏    Schedule C - Property Claimed as Exempt
❏    Schedule D - Creditors Holding Secured Claims
        Check one:
        ❏    Creditor(s) added
        ❏    NO creditor(s) added
        ❏    Creditor(s) deleted
❏    Schedule E - Creditors Holding Unsecured Priority Claims
        Check one:
        ❏    Creditor(s) added
        ❏    NO creditor(s) added
        ❏    Creditor(s) deleted
☑    Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
        ❏    Creditor(s) added
        ☑    NO creditor(s) added
        ❏    Creditor(s) deleted
❏    Schedule G - Executory Contracts and Unexpired Leases
        Check one:
        ❏    Creditor(s) added
        ❏    NO creditor(s) added
        ❏    Creditor(s) deleted
❏    Schedule H - Codebtors
❏    Schedule I - Current Income of Individual Debtor(s)
❏    Schedule J - Current Expenditures of Individual Debtor(s)
❏    Statement of Financial Affairs
❏    Chapter 7 Individual Debtor's Statement of Intention
❏    Chapter 11 List of Equity Security Holders
☑    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
❏    Disclosure of Compensation of Attorney for Debtor
☑    Other: **See Attached Explanation**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Dated:  9/23/08

_/s/ Stephen H. Hutzelman_
Attorney for Debtor(s)
**Stephen H. Hutzelman**
(Typed Name)
**Shapira, Hutzelman, Berlin, Ely, Smith &**
**305 West Sixth Street**
**Erie, PA 16507**
(Address)
**(814) 452-6800**                    **(814) 456-2227**
(Phone No.)                              (Fax No.)
**06541, Pennsylvania**
(List Bar I.D. and State of Admission)

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

SERVICE LIST:

Lawrence C. Bolla, Esquire
2222 West Grandview Blvd.
Erie, PA 16506

Stephen G. Bresset, Esquire
606 Church Street
Honesdale, PA 18431-1868

Edward J. Laubach, Jr., Esq.
IRS Chief Counsel
1001 Liberty Center
Suite 601C
Pittsburgh, PA 15222-3715

Office of the U. S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Nicholas R. Pagliari, Esquire
2222 W. Grandview Blvd.
Erie, PA 16506

T. Lawrence Palmer, Esq.
Office of Attorney General
564 Forbes Avenue
Pittsburgh, PA 15219-2992

Deborah Candace Phillips, Esq
914 Penn Avenue, 6th Floor
Pittsburgh, PA 15222-3713

Paul E. Skirtich, Esquire
US Post Office & Courthouse
700 Grant Street, Suite 400
Pittsburgh, PA 15219-1906

Joseph M. Fornari, Jr.
United States Trustee's Office
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Schedule F:

Delaware Marketing Group is amended in fix a type-o-graphical error in the amount of the claim from $264,526.81 to $2,647,526.81.

Both Pitney Bowes accounts are corrected to reflect the correct amount of the claim.


List of 20 Largest Unsecured Creditors:

Delaware Marketing Group is added for the correct amount.

Joyce Covatto is added

Pitney Bowe claims are corrected

Grossman Yanak & Ford LLP is deleted

National Fuel Gas and Verizon have been deleted.

In re    <u>Creditron Financial Corporation</u>              Case No. <u>08-11289</u>

                              Debtor                                     (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Delaware Marketing Group<br>3801 Kennett Pike #D301<br>Wilmington, DE 19807 | | | Claim in Appeal | | | X | 2,647,526.81 |
| ACCOUNT NO.   7454656<br><br>Pitney Bowes<br>Global Financial Services<br>PO Box 856460<br>Louisville, KY 40285-6460 | | | Lease | | | | 57,339.76 |
| ACCOUNT NO.   4516977<br><br>Pitney Bowes Purchase Power<br>PO Box 66748<br>Dallas, TX 40285-6042 | | | Lease | | | | 6,926.10 |

<u>0</u>   Continuation sheets attached

|  |  |
|---|---|
| Subtotal ➤ | $ 2,711,792.67 |
| Total ➤ | $ 2,711,792.67 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Western District of Pennsylvania

In re  Creditron Financial Corporation _____,  Case No. 08-11289 _____

_____ Debtor _____  Chapter  11 _____

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Delaware Marketing Group 3801 Kennett Pike #D301 Wilmington, DE 19807 | | | DISPUTED | $2,647,526.81 |
| Internal Revenue Service Insolvency Unit PO Box 628 Pittsburgh, PA 15230 | | | | $1,496,299.37 |
| PA Department of Revenue Department 68568 Harrisburg, PA 17128-8568 | | | | $485,715.72 |
| Berkheimer Tax Administrator PO Box 932 Bangor, PA 18013-0932 | | | | $317,934.43 |
| Boardwalk Business Square 1545 West 38th Street Erie, PA 16508 | | | | $315,831.23 |

B4 (Official Form 4) (12/07)4 -Cont.

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Joyce Covatto<br>1208 St. Mary Drive<br>Erie, PA 16509 | | | | $250,000.00 |
| PA Department of Labor &<br>Bureau of Tax Operations, UC<br>Taxes<br>c/o Office of Chief Counsel<br>914 Penn Avenue, 6th Floor<br>Pittsburgh, PA 15222 | | | | $128,063.50 |
| Healthamerica<br>PO Box 6475<br>Carol Stream, IL 60197-6475 | | | | $57,945.46 |
| Pitney Bowes<br>Global Financial Services<br>PO Box 856460<br>Louisville, KY 40285-6460 | | | | $57,339.76 |
| UPMC Health Plan<br>Box 371842<br>Pittsburgh, PA 15250-7842 | | | | $29,589.60 |
| SWIF<br>100 Lackawanna Avenue<br>Scranton, PA 18505-5100 | | | | $25,594.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Creditron Financial Corporation** _____ , Case No. **08-11289** _____

_____ Debtor _____ Chapter **11** _____

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PA Department of Revenue<br>Bureau of Business Trust Fund Taxes<br>Dept. 280905<br>Harrisburg, PA 17128-0905 | | | | $11,938.43 |
| USBancorp Equipment Finance, Inc.<br>13010 SW 68th Parkway, Suite 100<br>Portland, OR 97223 | | | | $8,450.16 |
| Pitney Bowes Purchase Power<br>PO Box 66748<br>Dallas, TX 40285-6042 | | | | $6,926.10 |
| Creditron Financial Services<br>1567 West 38th Street<br>Erie, PA 16508 | | | | $5,000.00 |
| QWEST<br>5101 Interchange Way<br>Louisville, KY 40229 | | | | $4,896.72 |
| Verizon North<br>PO Box 660748<br>Dallas, TX 75266-0748 | | | | $4,185.04 |

In re  Creditron Financial Corporation

Debtor

Case No.  08-11289

Chapter  11

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Waste Management 625 Cherington Parkway Coraopolis, PA 15108 | | | | $3,378.74 |
| Infinity CTI 5125 Convoy Street, Suite 206 San Diego, CA 92111 | | | | $1,904.00 |
| Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002-5505 | | | | $1,507.39 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Alfred D. Covatto, CEO of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  09/23/2008

Signature:  /s/ Alfred D. Covatto

Alfred D. Covatto ,CEO
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

SWIF
100 Lackawanna Avenue
Scranton, PA 18505-5100


Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230


PA Department of Revenue
Department 68568
Harrisburg, PA 17128-8568


Berkheimer Tax Administrator
PO Box 932
Bangor, PA 18013-0932


Boardwalk Business Square
1545 West 38th Street
Erie,  PA 16508


Joyce Covatto
1208 St. Mary Drive
Erie, PA 16509


PA Department of Labor &
Bureau of Tax Operations, UC Taxes
c/o Office of Chief Counsel
914 Penn Avenue, 6th Floor


Healthamerica
PO Box 6475
Carol Stream, IL 60197-6475


Delaware Marketing Group
3801 Kennett Pike #D301
Wilmington, DE 19807

UPMC Health Plan
Box 371842
Pittsburgh, PA 15250-7842


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


PA Department of Revenue
Bureau of Business Trust Fund Taxes
Dept. 280905
Harrisburg, PA 17128-0905


USBancorp Equipment Finance, Inc.
13010 SW 68th Parkway, Suite 100
Portland, OR 97223


Pitney Bowes Purchase Power
PO Box 66748
Dallas, TX 40285-6042


Creditron Financial Services
1567 West 38th Street
Erie, PA 16508


QWEST
5101 Interchange Way
Louisville, KY 40229


Verizon North
PO Box 660748
Dallas, TX 75266-0748


Waste Management
625 Cherington Parkway
Coraopolis, PA 15108

Infinity CTI
5125 Convoy Street, Suite 206
San Diego, CA 92111


Pitney Bowes
Global Financial Services
PO Box 856460
Louisville, KY 40285-6460