IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

CREDITRON FINANCIAL CORP.,  : Case No. 08-11289-TPA
: Chapter 11
*Debtor* : Related to Document Nos. 153, 160

## ORDER

*AND NOW,* this 5*th* day of *August, 2010*, after a *Status Conference* at which the Court reviewed the Debtor's *Monthly Operating Report* for the month of June, 2010, and further considered the Debtor's *Motion to Extend Time to File Chapter 11 Plan and Disclosure Statement,*

It is hereby **ORDERED, ADJUDGED AND DECREED** that Debtor shall:

(1) *On or before August 10, 2010,* file *copies of all employment tax returns* for the quarter ended June 30, 2010 and *documentary proof* from the Debtor's payroll service in support of payment of all of the Debtor's employment tax obligations (federal, state, and local, including unemployment) for the quarter ended June 30, 2010.

(2) *On or before August 16, 2010,* file *documentary proof* that a payment of $95,000 toward delinquent tax obligations for the month of July, 2010 was made to the taxing authorities on August 15, 2010.

(3) *On or before September 1, 2010*, file *documentary proof* that the balance of the delinquent tax obligations for the month of July, 2010 have been paid and that the Debtor is totally current on all employment tax obligations through the month of August, 2010.

(4)	*On a weekly basis beginning August 9, 2010,* file *documentary proof* that current tax deposits for payroll for the prior week have been paid, and, *copies of all future tax returns* with the Court at the time they are transmitted to the taxing authorities.

(4)	*On or before August 16, 2010*, file its *Monthly Operating Report* for the month of July, 2010. Debtor shall not allow post-petition trade payable delinquencies increase when making the required tax payments.

(5)	*On or before August 24, 2010,* file *documentary proof* that new employees are on the payroll of the entity owned by the proposed buyer.

(6)	*On or before October 1, 2010*, the Debtor shall file an appropriate *Motion for Sale* of the Debtor's business, including all related documents.

It is **FURTHER ORDERED** that all matters are continued to a *Status Conference* scheduled on *August 26, 2010 at 2:30 P.M.* in the Bankruptcy Courtroom, U.S. Courthouse, 17 S. Park Row, Erie, PA 16501. *Any failure to timely comply with this Order may result in conversion of the case to Chapter 7 or dismissal without further notice or hearing.*

Thomas P. Agresti, Chief Judge
United States Bankruptcy Court

Case Administrator to serve:
  Stephen H. Hutzelman, Esq.
  Lawrence C. Bolla, Esq.
  Edward J. Laubach, Esq.
  T. Lawrence Palmer, Esq.





FILED

AUG - 5 2010

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE

2