IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| CREDITRON FINANCIAL CORP. | : | Case No. 08-11289-TPA |
| | : | Chapter 11 |
| *Debtor* | : | Related to Document No. 196 |

### **ORDER**

*AND NOW,* this **16th** day of **December, 2010**, after hearing to consider approval of the ***Disclosure Statement dated October 20, 2010*** filed by the Debtor at Document No. 196,

It is hereby **ORDERED**, **ADJUDGED AND DECREED** that approval of the *Disclosure Statement* is **DENIED.**

／s／ Thomas P. Agresti
Thomas P. Agresti, Chief Judge
United States Bankruptcy Court

vas

Case Administrator to serve:
    Stephen H. Hutzelman, Esq.
    All creditors and parties in interest