IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 08-11289 TPA |
| | : | |
| CREDITRON FINANCIAL CORPORATION, | : | THE HONORABLE THOMAS P. AGRESTI |
| Debtor. | : | CHAPTER 11 |

## SUBMISSION OF TRANSACTION TERM SHEET AND EXECUTED SALE AGREEMENT

TO: Clerk, United States Bankruptcy Court:

Pursuant to Paragraph 9(a) of the Honorable Thomas P. Agresti's Order of December 10, 2010, VETERAN CALL CENTER, LLC d/b/a VETERAN CONTACT CENTER hereby submits a Transaction Term Sheet and fully executed Sale Agreement with the Debtor, CREDITRON FINANCIAL CORP., attached hereto as Exhibits A and B.

Respectfully submitted,

RICHARDS & ASSOCIATES, P.C.

By: /s/ Roger W. Richards
Roger W. Richards, Esquire
Pa. I.D. No. 31807
roger@richardspc.com
W. John Knox, Esquire
Pa. I.D. No. 77484
wj.knox@richardspc.com
100 State Street
Suite 440
Erie, Pennsylvania 16507-1456
Phone: (814) 455-0370
Fax: (814) 454-4459

**Counsel for VETERAN CALL CENTER, LLC d/b/a VETERAN CONTACT CENTER**

Dated: December 20, 2010