UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE
Liberty Center, Suite 970
Pittsburgh, Pennsylvania 15222
Telephone:(412) 644-4756
Facsimile: (412) 644-4785
Email:Joseph.M.Fornari@usdoj.gov

By: Joseph M. Fornari, Jr. (PA ID 32935)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: § | | CASE NUMBER: |
| § | | |
| CREDITRON FINANCIAL CORPORATION, § | | 08-11289-TPA |
| DEBTOR. § | | |
| § | | CHAPTER 11 |
| _____ § | | |
| ROBERTA A. DeANGELIS, § | | |
| UNITED STATES TRUSTEE, § | | |
| Applicant, § | | DOCUMENT NO.: |
| § | | |
| v. § | | |
| § | | |
| NO RESPONDENT. § | | |

APPLICATION FOR ORDER APPROVING
APPOINTMENT OF CHAPTER 11 TRUSTEE

TO THE HONORABLE THOMAS P. AGRESTI
CHIEF JUDGE:

COMES NOW, THE UNITED STATES TRUSTEE, through her undersigned counsel, and respectfully files the within application pursuant to Fed. R. Bankr. P. 2007.1 for an Order approving the appointment of a Chapter 11 Trustee and represents as follows:

1. The United States Trustee has appointed John C. Melaragno, Esquire as Chapter 11 Trustee in the above-captioned case.

2. The United States Trustee has contacted the following parties in interest regarding the appointment of the Chapter 11 Trustee:

| | |
|---|---|
| Stephen H. Hutzelman, Esquire | Attorney for the Debtor |
| Lawrence C. Bolla, Esquire | Attorney for Dollar Bank |
| Jeffrey R. Lalama, Esquire | Attorney for Delaware Marketing Partners |
| Edward J. Laubach, Jr., Esquire | Attorney for the Internal Revenue Service |
| T. Lawrence Palmer, Esquire | Attorney for the Commonwealth of Pennsylvania Department of Revenue |
| Deborah C. Phillips, Esquire | Attorney for the Commonwealth of Pennsylvania Department of Labor and Industry |

3. To the best of the Applicant's knowledge, John C. Melaragno's connections with the debtor, creditors, and any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee are limited to the connections set forth in John C. Melaragno's attached Verified Statement.

WHEREFORE, the United States Trustee requests that the Court enter an Order approving the appointment of John C. Melaragno, Esquire as Chapter 11 Trustee in the above-captioned case.

Dated: December 27, 2010

Respectfully submitted,

ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE

By: /s/Joseph M. Fornari, Jr.
Joseph M. Fornari, Jr.
Trial Attorney
PA ID 32935
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4756
Facsimile: (412) 644-4785
Email: Joseph.M.Fornari@usdoj.gov