IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| CREDITRON FINANCIAL CORPORATION | : | Bankruptcy Number 08-11289 TPA |
| d/b/a Teletron Marketing Group, Inc., | : | Chapter 11 |
| | : | |
| *Debtor* | : | Related to Document No. 196, 243 |

## **ORDER**

      *AND NOW*, this **16th** day of *March, 2011*, after hearing to consider *Approval of the Disclosure Statement* dated October 20, 2010 filed by the Debtor at Document No. 196 and *Order DENYING* the approval of the Disclosure Statement dated December 16, 1010 at Document No. 243,

      It is hereby **ORDERED**, **ADJUDGED AND DECREED** that *on or before June 15, 2011*, the Debtor shall file an *Amended Disclosure Statement, Plan and Plan Summary.*

                                                                         Thomas P. Agresti, Chief Judge
                                                                        United States Bankruptcy Court   **vas**

cm: All Creditors and Parties in Interest