**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 08-11289-TPA |
| CREDITRON FINANCIAL CORPORATION | : | |
|     DEBTOR | : | |
| | : | CHAPTER NO. 11 |
| JOHN C. MELARAGNO, | : | |
|     CHAPTER 11 TRUSTEE | : | |
|     MOVANT | : | DOCUMENT NO. _____ |
| | : | |
|   VS. | : | |
| | : | |
| NO RESPONDENTS | : | |

## TRUSTEE'S MONTHLY STATUS REPORT

AND NOW, to-wit, this 31st day of March, 2011, comes the Movant, John C. Melaragno, Chapter 11 Trustee of Creditron Financial Corporation, by and through his counsel, MELARAGNO & PLACIDI and files this Status Report, a statement of which is as follows:

1. By Order of Court dated January 25, 2011, this Honorable Court directed the undersigned Trustee to file a brief status report on a monthly basis beginning on or before the last day of February and continuing thereafter.

2. The Trustee continues to oversee the operations of the Debtor. The Trustee controls all financial accounts and maintains sole signature authority over said accounts.

3. No significant changes to daily operations have been made.

4. The Debtor continues to operate and service its clients.

5. One of the Debtor's major clients has increased the workload of the Debtor, from 20,000 hours per month to 27,000 hours per month. The Debtor has been working diligently to meet the increased workload and has exceeded the 27,000 hours per month in March which will result in an increase to the net income of the Debtor.

6. All of the Debtor's tax obligations, post-appointment of the Trustee, continue to be timely paid.

7. The Trustee continues to work toward a sale and is in active negotiations with VCC.

8. In addition to VCC there were five (5) other parties that have inquired about a purchase of the Debtor's assets. One party has indicated that it is not interested. One party has indicated serious interest and has visited the site. The three remaining interested parties are in the early stages of their investigation into the operations of the Debtor.

9. The Trustee intends to continue to operate the business with the intent to consummate and finalize a sale.

Respectfully submitted,
MELARAGNO & PLACIDI
By: /s/ John C. Melaragno
John C. Melaragno, Esquire
Attorney Pro Se for the Chapter 11 Trustee
502 West Seventh Street
Erie, PA 16502
johnm@mplegal.com
(814) 459-5557
PA ID 80207