IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 08-11289-TPA |
| CREDITRON FINANCIAL CORPORATION | : | |
|     DEBTOR | : | |
| | : | CHAPTER NO. 11 |
| JOHN C. MELARAGNO, | : | |
|     CHAPTER 11 TRUSTEE | : | |
|     MOVANT | : | DOCUMENT NO. 418 |
| | : | |
| VS. | : | |
| | : | |
|     NO RESPONDENTS | : | |

## ORDER

AND NOW this 13th day of June, 2011, upon consideration of Trustee's Motion to Extend Time to File and Confirm Plan, said Motion is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the time period for the Trustee to file an Amended Disclosure Statement, Plan and Plan Summary is extended for a period of 90 days, until September 15, 2011.

_____
Thomas P. Agresti, Chief Judge
United States Bankruptcy Court

vas