
FILED

AUG 22 2011

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

CREDITRON FINANCIAL CORPORATION,
d/b/a TELATRON MARKETING GROUP,
INC.
    Debtor.

JOHN C. MELARAGNO,
CHAPTER 11 TRUSTEE,

    Movant,

v.

DOLLAR BANK; UNITED STATES OF
AMERICA, INTERNAL REVENUE
SERVICE; AND THE COMMONWEALTH
OF PENNSYLVANIA, OFFICE OF THE
ATTORNEY GENERAL;
COLUMBUS DEPOT EQUIPMENT
COMPANY;
PITNEY BOWES;
SCHWAB;
TELESALES SERVICES, LLC;
BANK OF AMERICA;
RED TETTEMER & PARTNERS;
GE MONEY;
STATE FARM BANK;
NATIONAL FUEL GAS DISTRIBUTION
CORP.;
MAVERICK NETWORK SOLUTIONS;
MOBILE WARRANTY CORPORATION;
OPTIMA DIRECT;
SCORE MARKETING; AND
TERNIAN INSURANCE GROUP;

    Respondents.

CASE NO. 08-11289-TPA

CHAPTER 11

Document No. 462

JUDGE AGRESTI

## ORDER

Motion Denied as moot in light of change in potential bidder.

August 22, 2011

/s/ Thomas Agresti, J.